# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-11059 |
| Blueprint Investment Fund, LLC ) | Chapter 11 |
| ) | |
| ) | |
| Debtor ) | |

## MOTION FOR ONE-DAY EXTENSION TO FILE RESPONSE TO MOTION FOR ENTRY OF ORDER APPROVING DEBTOR-IN POSSESSION FINANCING FROM LEGALIST DIP GP, LLC

Builders Capital Opportunity Fund, LLC ("Lender"), through its undersigned counsel, hereby moves the Court for entry of an order for a one-day extension for Lender to file a response to Debtors Motion for Entry of Order Approving Debtor-In Possession Financing from Legalist DIP GP, LLC (the "DIP Motion").

In support hereof, Lender states as follows:

1. Lender is the primary secured lender of Debtor with a perfected lien on all or substantially all of the Debtor's asset, principally, Debtors real property.

2. Objections to the DIP Motion are due today, May 18, 2022 (the "Objection Deadline").

3. On May 17, 2022, Debtor filed a Supplement to the Motion consisting of the proposed DIP Loan Agreement.

4. Counsel and Lender seek a one-day extension to the objection deadline to have the opportunity to meaningfully review and discuss the proposed DIP Loan Agreement and confirm that, as represented by Debtor, Lender's secured debt will be paid contemporaneously with the closing under the DIP Loan Agreement.

5. Debtor consents to this one-day extension.

6. No party will be prejudiced by this extension.

WHEREFORE, Lender requests entry of an order extending the Objection Deadline to May 19, 2022, and for such other relief as is consistent with the foregoing.

DATED: May 18, 202.

        OTTESON SHAPIRO LLP

By:   /s/ *Duncan E. Barber*
      Stephen B. Shapiro, #13464
      Duncan E. Barber, #16768
      7979 E. Tufts Avenue, Suite 1600
      Denver, CO 80237
      Tel: (720) 488-0220
      Fax: (720) 488-7711
      E-mail: sbs@os.law
            dbarber@os.law

*Counsel for Builders Capital Opportunity Fund, LLC*

2

715393

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 18, 2022, that a true and correct copy of the **MOTION FOR ONE-DAY EXTENSION TO FILE RESPONSE TO MOTION FOR ENTRY OF ORDER APPROVING DEBTOR-IN POSSESSION FINANCING FROM LEGALIST DIP GP, LLC** was electronically filed using the CM/ECF system, which will send notification electronically to all parties.

/s/ *Laura Winant*
Laura Winant, Legal Assistant

715393