IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Blueprint Investment Fund, LLC | ) | |
| | ) | Case No. 22-11059 JGR |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |

**NOTICE PURSUANT TO 11 U.S.C. § 546(b) BY
BUILDERS CAPITAL OPPORTUNITY FUND, LLC**

    Pursuant to 11 U.S.C. § 546(b), to the extent not already perfected, Builders Capital Opportunity Fund, LLC ("Lender"), hereby gives notice to Debtor and all other parties in interest in this case of Lender's perfection of its interest in and to all rents, issues, profits, and other revenues of every nature derived from certain real property and improvements thereon located in Jefferson County, Colorado, and more particularly described in the Deed of Trust attached hereto, as provided for under the loan documents for Loan No. 71159, copies of which are attached, and further demands segregation and accounting of the funds received from such collateral.

Dated: May 23, 2022.

OTTESON SHAPIRO LLP

By:   /s/ Duncan E. Barber
Duncan E. Barber, #16768
7979 E. Tuffs Avenue, Suite 1600
Denver, CO 80237
Tel: (720) 488-0220
Fax: (720) 488-7711
E-mails: dbarber@os.law
***Attorneys for Builders Capital Opportunity Fund, LLC***

715722

1

2

## CERTIFICATE OF SERVICE

The Undersigned Certifies that on May 23, 2022, a true and correct copy of the **NOTICE PURSUANT TO 11 U.S.C. § 546(b) BY BUILDERS CAPITAL OPPORTUNITY FUND, LLC** was electronically filed using the CM/ECF system, which will send notification electronically to all parties.

/s/ *Laura Winant*
Laura Winant, Legal Assistant